UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-05438-KS Date: September 21, 2026

Title *Salvador Ernesto Caceres Caldera v. James Janecka et al.*

Present: The Honorable: Karen L. Stevenson, Chief U.S. Magistrate Judge

| Kerri Hays | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE**

The Court is in receipt of the "Motion and Ex Parte Motion for Temporary Restraining Order" filed by Petitioner's retained counsel on September 18, 2026 ("Motion"). (Dkt. No. 6.)

As briefing pursuant to this Court's General Order 26-05 has been ordered (Dkt. No. 4), this matter is already on an expedited schedule and will be heard as soon as practicably possible in light of the numerous similar filings by other similarly situated detained petitioners. Nevertheless, the Court ORDERS Respondents to file a response to the Motion on or before September 25, 2026. If appropriate, Respondents may file a combined response to the Motion and the underlying habeas petition. Petitioner may file a reply in support of the Motion on or before September 28, 2026. The Motion will then be deemed submitted for decision.

**IT IS SO ORDERED.**

:

**Initials of Preparer** klh